Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

UNITED STATES DISTRICT COURT
FILED
JUN 7 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

**A. Full Name And Prisoner Number of Plaintiff:** NOTE: If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.

1. David C. LeHier
2. ___

-VS-

**B. Full Name(s) of Defendant(s)** NOTE: Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.

1. Univery of Rochester
2. ___
3. ___
4. ___
5. ___
6. ___

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: To list additional plaintiffs, use this format on another sheet of paper.

Name and Prisoner Number of Plaintiff: David C. LeHieri 2023-00000209
Present Place of Confinement & Address: 5526 Niagara Street
Lockport NY 14045

Name and Prisoner Number of Plaintiff: ___
Present Place of Confinement & Address: ___

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: University of Rochester

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in [ ] Individual and/or [✓] Official Capacity

Address of Defendant: 500 Joseph C. Wilson Blvd Rochester, NY 14627

Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in [ ] Individual and/or [ ] Official Capacity

Address of Defendant: _____

Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in [ ] Individual and/or [ ] Official Capacity

Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action? Yes [ ] No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____
6. What was the disposition of the case?
   Is it still pending? Yes ☐  No ☐
      If not, give the approximate date it was resolved. _____
   Disposition (check the statements which apply):
      ☐ Dismissed (check the box which indicates why it was dismissed):
         ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
         ☐ By court for failure to exhaust administrative remedies;
         ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
         ☐ By court due to your voluntary withdrawal of claim;
      ☐ Judgement upon motion or after trial entered for
         ☐ plaintiff
         ☐ defendant.

B. Have you begun any other lawsuits in federal court which relate to your imprisonment?
   Yes ☐  No ☐

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): _____

   Defendant(s): _____

2. District Court: _____
3. Docket Number: _____
4. Name of District or Magistrate Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____
6. What was the disposition of the case?
   Is it still pending? Yes ☐  No ☐
      If not, give the approximate date it was resolved. _____

3

Disposition (check the statements which apply):

☐ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ☐ By court for failure to exhaust administrative remedies;

    ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ☐ By court due to your voluntary withdrawal of claim;

☐ <u>Judgment</u> upon motion or after trial entered for

    ☐ plaintiff

    ☐ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that it** is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

## Exhaustion of Administrative Remedies

Note that according to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

A. **FIRST CLAIM:** On (date of the incident) March 3, 2023 defendant (give the **name and position held** of **each defendant** involved in this incident) employee None of Roy H M.D.

did the following to me (briefly state what each defendant named above did): See Notarized statment

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Due process, exessive force

The relief I am seeking for this claim is (briefly state the relief sought): Money Damages

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? ☐ Yes ☐ No   If yes, what was the result? _____
Did you appeal that decision? ☐ Yes ☐ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: _____

A. **SECOND CLAIM:** On (date of the incident) _____
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

did the following to me (briefly state what each defendant named above did): _____
_____
_____
_____
_____
_____
_____
_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____
_____

The relief I am seeking for this claim is (briefly state the relief sought): _____
_____
_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ☐ Yes ☐ No   If yes, what was the result? _____

Did you appeal that decision? ☐ Yes ☐ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____
_____
_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

$5,000,000,000 For all the damage of misplace Facts done
_____
_____

Do you want a jury trial? Yes ☑ No ☐

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 21, 2023
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
Signature(s) of Plaintiff(s)

7

In January of 2021, an employee by the name of Roy H from the University of Rochester had pid a "compentey test" on the plaintiff, In which had In more ways then one Falseified some Information. The "Examation" took a few hours, which Not much was done In the plaintiffs eyes,

Then when the report was due on Feburay 18, 2021 Paul E. Bonanno wanted more time For the report to be submitted so they can get records from a medical Facility that the plaintiff was In, which was against the plaintiff will.

Paul E. Bonanno after the Facts that the plaintiff wasn't gonny to comply with the unreasonable Demand of his that the report had to be submitted By the Following week.

The Next court Date was March 3, 2021 In which The plaintiff had gotten the report of the "Examier." In the report the plaintiff had notice a few problems. The major Issue of the problems was that the "Examier" had disregard a major medicine Condition that the plaintiff had. This medicine Condition Is a phsyical one which Is a paralayize vocal cord and as such can make the plaintiff unable to speak.

From this Because of Not evalution such matter as a special train person should do he had did what was necarray For the Proscutor

Paul C Bonanno whated.

Another problem that was arise is that Roy H. had contacted the plaintiff mother after agreeing not to. From that had made a bunch of misleading facts.

From the plaintiff mother Roy H claimed that Because of a speech problem as a kid can lead to a personally disorder or austist In which the reason For such was as the plaintiff's mother told Roy H. was from an ear Infection In which didn't have tubes In ears. then Roy H claim the plaintiff was on social secuity, Because of a spinal problem when It was Because of the paralayed vocial curd.

As such From this errors and more causes such constitional rights towards the plaintiff

Thank you

David C. Lettieri

Sworn to me on May 15th, 2023

SCOTT K. MENDOLA
Notary Public, State of New York
No. 01ME0052934
Qualified in Niagara County
My Commission Expires December 26, 2026

# CIVIL COVER SHEET

JS 44 (Rev. 10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
David C. Lettieri

**DEFENDANTS**
Univerty of Buffalo

23 CV 504 ✓

(b) County of Residence of First Listed Plaintiff: **Erie**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Erie**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT
(checkbox categories — 550 Civil Rights marked with X)

## V. ORIGIN
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Vilardo
DOCKET NUMBER: 23-cv-487, 23-cv-309

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

David C. Lettieri
5526 Niagara Street
Lockport, NY 14094

Court of clerks
2 Niagara Square
Buffalo, NY 14202

USDC-WDNY
JUN -7 2023
BUFFALO