UNITED STATES DISTRICT COURT
FILED
AUG 28 2023
MARY C. LOEWENGUTH CLERK
WESTERN DISTRICT OF NY

The western District of New York and David C. Lether has entered Into a contract per Lawrence Joseph Vilardo's misconduct of 4.4./case 23-cv-504 which Invades the university of Rochester for unnessary competeny test. Judge Luwerence J. Vilardo had stated that the plaintiff had to seek Legal action In which has show he has Been obstructing such matters. Therefore a trial for this case does not happen by January 31, 2024 + Is agreed that a summary Judgment will be enter for the plaintiff In the full amount that Is $5,000,000,000. as for the terms of the contract are as Followed:

all motions Filed by the plaintiff are Immentaly granted:
case 23-cv-246 must go Before this case
case 23-cv-304 must go Before this case
case 23-cv-318 must go Before this case
case 23-cv-354 must go Before this case
case 23-cv-441 must go Before this case
case 23-cv-442 must go Before this case
case 23-cv-787 must go Before this case
case 23-cv-487 must go Before this case
case 23-cv-503 must go Before this case

as such If this Is not honored then such Lawrence Joseph Vilardo shall be de benched for

violatres such matters of terms.

Thank you,

David L. Lettieri

ALLISON GOTERBA
Notary Public, State of Ohio
My Commission Expires
August 18, 2024

august 20, 2023